171 A.3d 614

**DAVIS, Roy Sharonnie, III**

v.

**STATE of Maryland**

**Pet. Docket No. 216, Sept. Term, 2017**

Court of Appeals of Maryland.

October 20, 2017

Opinion of the Court of Special Appeals unreported (No. 1134, Sept. Term, 2016).

Petition for writ of certiorari denied.

171 A.3d 614

**DINGLE, Antonio**

v.

**STATE of Maryland**

**Pet. Docket No. 252, Sept. Term, 2017**

Court of Appeals of Maryland.

October 20, 2017

Opinion of the Court of Special Appeals unreported (No. 1414, Sept. Term, 2016).

Petition for writ of certiorari denied.